UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-60103-CR-COHN   MAGISTRATE JUDGE SELTZER

15 U.S.C. § 1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TRELLEBORG INDUSTRIE S.A.S., | ) |
| | ) |
| Defendant | ) |
| | ) |

## CRIMINAL INFORMATION

The United States, through its attorneys, charges that:

### DESCRIPTION OF THE OFFENSE

1.  Beginning at least as early as 1999 and continuing until as late as May 2, 2007, the exact dates being unknown to the United States, in Broward and Monroe Counties in the Southern District of Florida, and elsewhere, the defendant

TRELLEBORG INDUSTRIE S.A.S.

and co-conspirators did enter into and engage in a combination and conspiracy to suppress and eliminate competition by rigging bids, fixing prices, and allocating market shares for sales of marine hose in the United States and elsewhere. The combination and conspiracy was in unreasonable restraint of interstate and foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

2.  The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial



terms of which were to rig bids, fix prices, and allocate market shares for sales of marine hose in the United States and elsewhere. The victims of this conspiracy included companies involved in the off-shore extraction and/or transportation of petroleum products, as well as the United States Department of Defense.

## MEANS AND METHODS OF THE CONSPIRACY

3.  For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and co-conspirators did those things that they combined and conspired to do, including, among other things:

> (a) attended meetings or otherwise engaged in discussions in the United States and elsewhere by telephone, facsimile and electronic mail regarding the sale of marine hose;
>
> (b) agreed during those meetings and discussions to allocate shares of the marine hose market among the conspirators;
>
> (c) agreed during those meetings and discussions to a price list for marine hose in order to implement and monitor the conspiracy;
>
> (d) agreed during those meetings and discussions not to compete for one another's customers either by not submitting prices or bids to certain customers or by submitting intentionally high prices or bids to certain customers;
>
> (e) submitted bids in accordance with the agreements reached;
>
> (f) provided information received from customers in the United States and elsewhere about upcoming marine hose jobs to a co-conspirator who was

           not an employee of any of the marine hose manufacturers, but who served as the coordinator of the conspiracy, acted as a clearinghouse for information to be shared among the conspirators, and was paid by the manufacturers for coordinating the conspiracy;

(g)    received marine hose prices for customers in the United States and elsewhere from the co-conspirator coordinator of the conspiracy;

(h)    sold marine hose to customers in the United States and elsewhere at collusive and noncompetitive prices pursuant to the agreements reached;

(i)    accepted payment for marine hose sold in the United States and elsewhere at collusive and noncompetitive prices;

(j)    authorized or consented to the participation of subordinate employees in the conspiracy; and

(k)    concealed the conspiracy and conspiratorial contacts through various means, including code names and private email accounts and telephone numbers.

## DEFENDANT AND CO-CONSPIRATORS

4.    During the entire period covered by this Information, defendant TRELLEBORG INDUSTRIE S.A.S. ("TISAS") was a corporation organized and existing under the laws of the France, with its principal place of business in Clermont-Ferrand, France. During the relevant time period, TISAS manufactured marine hose in France and sold it in the United States and elsewhere.

5. Various corporations and individuals, not made defendants in this Information, participated as co-conspirators in the offense charged herein and performed acts and made statements in furtherance thereof.

6. Whenever in this Information reference is made to any act, deed or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, agents, employees, or other representatives while they were actively engaged in the management, direction, control or transaction of its business or affairs.

## TRADE AND COMMERCE

7. Marine hose is a flexible rubber hose used to transfer oil between tankers and storage facilities and/or buoys. During the period covered by this Information, the conspirator firms shipped marine hose in a continuous and uninterrupted flow of interstate and foreign commerce to companies located in states and countries outside the place of origin of the shipments. In addition, substantial quantities of related equipment, as well as payments for marine hose, traveled in interstate and foreign commerce.

8. During the period covered by this Information, the business activities of the defendant and its co-conspirators in connection with the manufacture and/or sale of marine hose that are the subject of this Information were within the flow of, and substantially affected, interstate and foreign trade and commerce. During the conspiracy, the defendant and its co-conspirators sold hundreds of millions of dollars worth of marine hose and related products in the United States and elsewhere.

## JURISDICTION AND VENUE

9. The combination and conspiracy charged in this Information was carried out, in part, within the Southern District of Florida within the five years preceding the filing of this Information.

All in violation of Title 15, United States Code, Section 1.

Dated:

_____
Scott D. Hammond
Acting Assistant Attorney General

_____
Marc Siegel
Director of Criminal Enforcement
Antitrust Division

_____
Lisa M. Phelan
Chief, National Criminal Enforcement
Section

_____
Craig Y. Lee
Portia R. Brown
Jon B. Jacobs
Attorneys, Antitrust Division
U.S. Department of Justice
National Criminal Enforcement Section
450 5th Street, NW, Suite 11300
U.S. Department of Justice
Washington, DC 20530
202-514-5012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60103 CR-COHN

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA

vs.

TRELLEBORG INDUSTRIE S.A.S.,

_____Defendant._____/

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)

- _X_ Miami
- ___ FTL
- _X_ Key West
- ___ WPB
- ___ FTP

New Defendant(s)        Yes ___    No ___
Number of New Defendants    ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _NO_
   List language and/or dialect    _____

4. This case will take    _0_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days        _X_        Petty        ___
   II   6 to 10 days       ___        Minor        ___
   III  11 to 20 days      ___        Misdem.      ___
   IV   21 to 60 days      ___        Felony       _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)    _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _NO_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:    **This case is related to US v Caleca et al, 07-CR-60269-MARRA**
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the    _____    District of    _____

   Is this a potential death penalty case? (Yes or No)    _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

_____
CRAIG Y. LEE
TRIAL ATTORNEY, US DEPT OF JUSTICE
SPECIAL BAR NO. A5501111

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: TRELLEBORG INDUSTRIE S.A.S.

**Case No**: _____

Count #: 1

Bid Rigging, Price Fixing, and Market Allocation in the sale of marine hose

in violation 15 U.S.C. § 1

**\* Max.Penalty**: $1,000,000 fine

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Counts #:

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>TRELLEBORG INDUSTRIE S.A.S.,<br><br>_Defendant_ | )<br>)<br>)<br>)<br>) | Case No. **09-60103**<br><br>CR-COHN<br>MAGISTRATE JUDGE<br>SELTZER |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____
_Judge's printed name and title_